IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

EDDIE CRENSHAW,

    Petitioner,

v.

                                      Case No.   19-cv-355-wmc

MATTHEW MARSKE,

    Respondent.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Eddie Crenshaw's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 and closing this case.

/s/  
Peter Oppeneer, Clerk of Court

7/23/2021  
Date